ENTER JS-6 SEND

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK, U S DISTRICT COURT
FEB 27 2006
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIREZ ) | CV 04-6102-GAF(FMOx) |
| ) | |
| V. ) | |
| ) | ORDER |
| COUNTY OF LOS ANGELES, ET AL. ) | |

ENTERED
CLERK, U S DISTRICT COURT
FEB 28 2006
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

TO COUNSEL OF RECORD:

IT IS ORDERED that the matter is placed off the Court's active calendar. This Court retains full jurisdiction over this action and this Order shall not prejudice any party in the action.

DATED 2/24/06

GARY ALLEN FEESS

✓ Docketed
✓ Copies / NTC Sent
__ JS - 5 / JS - 6
__ JS - 2 / JS - 3
✓ CLSD

137