1  Patrick L. Hurley, State Bar No. 174438
   Donald R. Beck, State Bar No. 52207
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ LLP**
3  23rd Floor at Figueroa Tower
   660 S. Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  E-mail: plh@mmker.com

6  Attorneys for Defendants
   COUNTY OF LOS ANGELES, LOS ANGELES
7  COUNTY SHERIFF'S DEPARTMENT, and
   FRANK BRAVO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RAMIREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; FRANK BRAVO; DOES I through XX,<br><br>    Defendants. | Case No.: CV04-6102 GAF (FMOx)<br><br>**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[F.R.C.P. 41(a)] |

IT IS HEREBY STIPULATED, by and between the parties, that this case is

///
///
///
///
///
///
///

G:\docsdata\Plh\TenSeven\Ramirez, Raul\Pleadings\Stipulation Dismissal.wpd

1

dismissed with prejudice against all defendants. Each side to bear their own costs and fees.

Dated: August /2, 2007

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
Patrick L. Hurley

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and FRANK BRAVO

Dated: August 9, 2007

MICHAEL H. ARTAN

MICHAEL SOBEL

GRODSKY & OLECKI LLP
Michael J. Olecki

By _____
Michael J. Olecki

Attorneys for Plaintiff RAUL RAMIREZ

**IT IS SO ORDERED.**

DATED: 8-17, 2007

_____
Gary A. Feess
United States District Judge

G:\docsdata\Plh\TenSeven\Ramirez, Raul\Pleadings\Stipulation Dismissal.wpd

2

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 660 S. Figueroa Street, 23rd Floor, Los Angeles, California 90017.

On August 13, 2007, I served the document described as **STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard UPS overnight delivery procedures.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the fax number listed.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on August 13, 2007 at Los Angeles, California.

*Linda López*

G:\docsdata\Plh\TenSeven\Ramirez, Raul\POS

## SERVICE LIST

Michael H. Artan, Esq.
624 S. Grand Ave., Suite 2200
Los Angeles, CA 90017
213/688-0370
Fax: 213/627-9201
*Attorneys for Plaintiff*

Michael Sobel, Esq.
431 North Doheny Drive, No. 4
Beverly Hills, CA 90210
310/276-0249
Fax: 310/276-7398
*Attorneys for Plaintiff*

Michael J. Olecki, Esq.
Grodsky & Olecki LLP
2001 Wilshire Blvd., Suite 210
Santa Monica, CA 90403
310/315-3009
Fax: 310/315-1557
*Attorneys for Plaintiff*

G:\docsdata\Plh\TenSeven\Ramirez, Raul\POS